IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mosley, Larry D | Case Number: 07 B 07318 |
|---|---|---|
| | Mosley, Daisy M | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 4/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,000.00 | 0.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | Unicor Funding | Secured | 2,160.00 | 0.00 |
| 5. | Midland Mortgage Company | Secured | 3,477.67 | 0.00 |
| 6. | Internal Revenue Service | Priority | 100.00 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 100.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 7,490.06 | 0.00 |
| 9. | St James Hospital | Unsecured | 130.88 | 0.00 |
| 10. | EHS Trinity Hospital | Unsecured | 32.92 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 23.00 | 0.00 |
| 12. | Mutual Hospital Services/Alverno | Unsecured | 3,182.92 | 0.00 |
| 13. | Bader Financial Service | Unsecured | 87.91 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 15.83 | 0.00 |
| 15. | WFS Financial | Secured | | No Claim Filed |
| 16. | Bankfirst | Unsecured | | No Claim Filed |
| 17. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 18. | ADT Security Systems | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | Boulevard Medical Clinic SC | Unsecured | | No Claim Filed |
| 21. | Boulevard Medical Clinic SC | Unsecured | | No Claim Filed |
| 22. | Boulevard Medical Clinic SC | Unsecured | | No Claim Filed |
| 23. | Boulevard Medical Clinic SC | Unsecured | | No Claim Filed |
| 24. | Quincy Medical Group | Unsecured | | No Claim Filed |
| 25. | Great Lakes Consumer Servies | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** Mosley, Larry D | | Case Number: 07 B 07318 | |
| Mosley, Daisy M | | Judge: Hollis, Pamela S | |
| Printed: 12/19/07 | | Filed: 4/23/07 | |

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Brad Coolidge MD | Unsecured | No Claim Filed |
| 27. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 28. | Columbia Olympia Fields | Unsecured | No Claim Filed |
| 29. | David B Braunstein | Unsecured | No Claim Filed |
| 30. | Don V Helleman MD | Unsecured | No Claim Filed |
| 31. | EMSCO Mgmt Svcs | Unsecured | No Claim Filed |
| 32. | Equity One | Unsecured | No Claim Filed |
| 33. | Equity One | Unsecured | No Claim Filed |
| 34. | Equity One | Unsecured | No Claim Filed |
| 35. | Decker Medical Assoc LTD | Unsecured | No Claim Filed |
| 36. | Excel LLC | Unsecured | No Claim Filed |
| 37. | Excel LLC | Unsecured | No Claim Filed |
| 38. | Fingerhut | Unsecured | No Claim Filed |
| 39. | First National Bank Of Marin | Unsecured | No Claim Filed |
| 40. | Excel LLC | Unsecured | No Claim Filed |
| 41. | First National Bank Of Marin | Unsecured | No Claim Filed |
| 42. | Illinois Collection Service | Unsecured | No Claim Filed |
| 43. | Illinois Collection Service | Unsecured | No Claim Filed |
| 44. | Grolier Books | Unsecured | No Claim Filed |
| 45. | Hollywood Video | Unsecured | No Claim Filed |
| 46. | St James Hospital | Unsecured | No Claim Filed |
| 47. | Illinois Collection Service | Unsecured | No Claim Filed |
| 48. | Midwest Physician Group | Unsecured | No Claim Filed |
| 49. | Illinois Dept Of Public Aid | Unsecured | No Claim Filed |
| 50. | Illinois Collection Service | Unsecured | No Claim Filed |
| 51. | Jewel Food Stores | Unsecured | No Claim Filed |
| 52. | Illinois Collection Service | Unsecured | No Claim Filed |
| 53. | Jashbhai Patel MD | Unsecured | No Claim Filed |
| 54. | Midwest Physician Group | Unsecured | No Claim Filed |
| 55. | Midwest Physician Group | Unsecured | No Claim Filed |
| 56. | Excel LLC | Unsecured | No Claim Filed |
| 57. | Jones Intercable Inc | Unsecured | No Claim Filed |
| 58. | Midwest Physician Group | Unsecured | No Claim Filed |
| 59. | Kenneth Ekechukwu MD | Unsecured | No Claim Filed |
| 60. | Midwest Physician Group | Unsecured | No Claim Filed |
| 61. | Midwest Physician Group | Unsecured | No Claim Filed |
| 62. | Midwest Physician Group | Unsecured | No Claim Filed |
| 63. | Nextel Communications | Unsecured | No Claim Filed |
| 64. | Pittsburg TNE Benefts | Unsecured | No Claim Filed |
| 65. | Northwestern Medical Faculty | Unsecured | No Claim Filed |
| 66. | Northwestern Memorial Hospital | Unsecured | No Claim Filed |
| 67. | Northwestern Medical Faculty | Unsecured | No Claim Filed |
| 68. | Raja Gowda MD | Unsecured | No Claim Filed |
| 69. | Powerhouse Gym Montgomery | Unsecured | No Claim Filed |
| 70. | Quest Diagnostics Inc | Unsecured | No Claim Filed |
| 71. | Republic Bank | Unsecured | No Claim Filed |
| 72. | Riaz Elahi Md | Unsecured | No Claim Filed |
| 73. | Robert Aronson MD | Unsecured | No Claim Filed |
| 74. | Rush Presbyterian St Luke's Hospital | Unsecured | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mosley, Larry D  
Mosley, Daisy M  
Printed: 12/19/07  

Case Number: 07 B 07318  
Judge: Hollis, Pamela S  
Filed: 4/23/07  

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 75. | Skj Communication | Unsecured | | No Claim Filed |
| 76. | St James Hospital | Unsecured | | No Claim Filed |
| 77. | South Cook County Girl Scouts | Unsecured | | No Claim Filed |
| 78. | St James Hospital And Health Center | Unsecured | | No Claim Filed |
| 79. | St James Hospital | Unsecured | | No Claim Filed |
| 80. | St James Hospital | Unsecured | | No Claim Filed |
| 81. | Nicor Gas | Unsecured | | No Claim Filed |
| 82. | St James Hospital | Unsecured | | No Claim Filed |
| 83. | St James Hospital | Unsecured | | No Claim Filed |
| 84. | St James Hospital | Unsecured | | No Claim Filed |
| 85. | St James Hospital | Unsecured | | No Claim Filed |
| 86. | St James Hospital | Unsecured | | No Claim Filed |
| 87. | Thomas Boyle | Unsecured | | No Claim Filed |
| 88. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 89. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 90. | Toys R Us | Unsecured | | No Claim Filed |
| 91. | TCI Illinois | Unsecured | | No Claim Filed |

$ 17,801.19          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

